JUDGE CROTTY

979206
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 1272**

---------------------------------------------------------------x

SERGIO PAVON,

                          Plaintiff,    **RULE 7.1 STATEMENT**

       -against-

METROPOLITAN LIFE INSURANCE CO.
                    Defendant.

---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Metropolitan Life Insurance Co. ("MetLife"), hereby makes the following disclosure:

MetLife is a wholly owned by its publicly-held corporate parent, MetLife, Inc.

Dated:    New York, New York
            February 6, 2008

                                        LESTER SCHWAB KATZ & DWYER, LLP

                                        Thomas A. Catalano (tc-1625)
                                        120 Broadway
                                        New York, New York  10271
                                        (212) 341-4241
                                        Attorneys for Defendant

TO:
Robert J. Feldman
375 South End Avenue, Ste. 8F
New York, New York 10280
(646) 478-8852
Attorney for Plaintiff



FEB 07 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## Declaration of Service

On February 7, 2008, I served the:

- Notice of removal
- Defendant's Rule 7.1 statement
- Form JS-44
- Individual practices of Hon. Paul A. Crotty, U.S.D.J.
- Individual practices of Magistrate Judge Eaton

on the following person by first class mail:

ROBERT J. FELDMAN, ESQ.
375 South End Avenue, Ste. 8F
New York, NY  10280

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2008.

*Lisa Hailey*
Lisa Hailey

979672