LSK&D #: 564-8007 / 981947
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SERGIO PAVON,

                                  Plaintiff,

          -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                                Defendant.
------------------------------------------------------------------x

No. 08 cv 1272 (PAC)

**NOTICE OF APPEARANCE**

To:    Clerk of the Court and all Parties of Record:

Please enter my appearance in the above-referenced case as lead counsel for Defendant Metropolitan Life Insurance Company.

I certify that I am admitted to practice in this Court.

Dated:      New York, New York
              February 14, 2008

Respectfully submitted,

*/s/ Allan M. Marcus*
Allan M. Marcus (AM-9027)
LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendant
Metropolitan Life Insurance Company

TO:

Robert J. Feldman, Esq.
375 South End Avenue, Suite 8F
New York, New York 10280
Attorney for Plaintiff