LSK&D #: 564-8008 / 985072
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SERGIO PAVON,

                                  Plaintiff,

       -against-

METROPOLITAN LIFE INSURANCE
COMPANY and NOVARTIS CORPORATION,

                                 Defendants.
-----------------------------------------------------------------x

No. 08 cv 1272 (PAC)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Novartis Corporation ("Novartis") makes the following disclosure:

      Novartis is wholly-owned by its publicly-traded parent corporation Novartis, A.G.

Dated:     New York, New York
             February 22, 2008

                              Respectfully submitted,

                              LESTER SCHWAB KATZ & DWYER, LLP

                              */s/ Allan M. Marcus*
                              Allan M. Marcus (AM-9027)
                              120 Broadway
                              New York, New York  10271
                              (212) 964-6611
                              Attorneys for Defendants
                              Metropolitan Life Insurance Company and
                              Novartis Corporation