LSK&D #: 564-8008 / 985062

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SERGIO PAVON,

                              Plaintiff,

        -against-

METROPOLITAN LIFE INSURANCE
COMPANY and NOVARTIS CORPORATION,

                             Defendants.
-----------------------------------------------------------------x

**No.: 08 cv 1272 (PAC)**

**NOTICE OF APPEARANCE**

To:    Clerk of the Court and all Parties of Record:

      Please enter my appearance in the above-captioned case as lead counsel for Defendant Novartis Corporation.

      I certify that I am admitted to practice before this Court.

Dated:    New York, New York
           February 22, 2008

                              Respectfully submitted,

                              LESTER SCHWAB KATZ & DWYER, LLP

                              _____
                              Allan M. Marcus (AM-9027)
                              120 Broadway
                              New York, New York 10271
                              (212) 964-6611
                              Attorneys for Defendants
                              Metropolitan Life Insurance Company and
                              Novartis Corporation

TO:

Robert J. Feldman, Esq.
375 South End Avenue, Suite 8F
New York, New York 10280
T: (646) 478-8852
Attorney for Plaintiff