**LSK&D #: 564-8008 / 985180**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SERGIO PAVON,

                                          **No. 08 cv 1272 (PAC)**

                     Plaintiff,

        -against-

METROPOLITAN LIFE INSURANCE
COMPANY and NOVARTIS CORPORATION,

                   Defendants.
-----------------------------------------------------------------x

Certificate of Service

    I hereby certify that on February 22, 2008 I caused to be served by first-class U.S. mail the foregoing Amended Notice of Removal and Notice of Appearance upon:

          Robert J. Feldman, Esq.
          375 South End Avenue, Suite 8F
          New York, New York 10280
          T: (646) 478-8852
          Attorney for Plaintiff

                                     ALLAN M. MARCUS (AM-9027)