# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX (212) 287-5916

**ALLAN M. MARCUS**
Writer's Direct Dial: (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, NJ 07041
(973) 912-9501

February 29, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 29 2008

By Fax: (212) 805-6304

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Pavon v. Metropolitan Life Insurance Company and Novartis Corp.</u>
No. 08 CV 1272 (PAC)

Dear Judge Crotty:

My firm represents the defendants in the referenced matter. I write on behalf of all parties to respectfully request an adjournment of the initial conference scheduled for March 3 at 2:30 p.m. My previous letter dated February 28, 2008 was judged not to be in compliance with Your Honor's Individual Practices, so this letter shall serve to correct and supplement my previous letter.

1. Original date of conference: March 3, 2008

2. Number of previous requests for adjournment: None

3. Whether previous requests were granted or denied: Not Applicable

4. Whether adversary consents: Yes

5. Alternate conference dates: (March 14), April 11, April 25, 2008.

I trust that this request for an adjournment complies with Your Honor's Individual Practices.

LESTER SCHWAB KATZ & DWYER, LLP

February 29, 2008
Page 2

    Thank you for your kind consideration of this request.

Respectfully yours,

ALLAN M. MARCUS
Of Counsel

AMM:imr
cc:

Robert J. Feldman, Esq.
375 South End Avenue, Suite 8F
New York, New York 10280
Attorney for Plaintiff

988179

Application GRANTED. The conference is adjourned to 3/14/08 at 11:00 am in Courtroom 20-C

SO ORDERED: 3-3-08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE