LSK&D #: 564-8008 / 986716

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2008
```

-----------------------------------------x

SERGIO PAVON,

                          Plaintiff,

     -against-

METROPOLITAN LIFE INSURANCE
COMPANY and NOVARTIS CORPORATION,

                         Defendants.

-----------------------------------------x

No. 08 cv 1272 (PAC)

STIPULATION
EXTENDING TIME TO
RESPOND TO
COMPLAINT

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that the time for Defendants Metropolitan Life Insurance Company and Novartis Corporation to answer, move or otherwise respond to plaintiff's Complaint shall be extended to and including the twentieth (20th) day after said Complaint is filed with the Court.

     IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this Stipulation shall have the same effect as original signatures.

Dated:    New York, New York
            February 27, 2008

ROBERT J. FELDMAN, Esq.

*[signature]* 2/28/08

375 South End Avenue, Suite 8F
New York, New York 10280
T: (646) 478-8852
Attorney for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

*[signature]*

Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendants
Metropolitan Life Insurance Company and
Novartis Corporation

SO ORDERED:

*[signature]*
United States District Judge

Dated: 3/3/2008

# LESTER SCHWAB KATZ & DWYER, LLP

120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**ALLAN M. MARCUS**
Writer's Direct Dial: (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J 07041
(973) 912-9601

February 29, 2008

By Fax: (212) 805-6304 and Mail

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   **Pavon v. MetLife and Novartis**
            **No. 08 CV 1272 (PAC)**

Dear Judge Crotty:

    My firm represents the defendants in the referenced matter. Enclosed to be "so-ordered" is a Stipulation extending defendants' time to respond to the Complaint to 20 days after the Complaint is filed. (Plaintiff's lawsuit was commenced in state court by means of a Summons with Notice, which action was removed to this Court.)

Respectfully yours,

ALLAN M. MARCUS
Of Counsel

AMM:imr
cc:

Robert J. Feldman, Esq.
375 South End Avenue, Suite 8F
New York, New York 10280
Attorney for Plaintiff

987955