# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX (212) 267-5916

ALLAN M. MARCUS
Writer's Direct Dial. (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

April 8, 2008



By Fax: (212) 805-6304

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: **Pavon v. Metropolitan Life Insurance Company and Novartis Corp.**
No. 08 CV 1272 (PAC)

Dear Judge Crotty:

My firm represents the defendants in the referenced matter. At the initial conference held March 14, 2008, Your Honor directed that I inform you of an agreed-upon briefing schedule for contemplated motions to dismiss by defendants and remand by plaintiff. Attorneys for the parties propose the following schedule:

April 17, 2008: Defendants' motion to dismiss

May 12, 2005: Plaintiff's response and cross-motion to remand

June 6, 2008: Defendants' response/reply

June 16, 2008: Plaintiff's reply

I hope this meets with your approval.

**MEMO ENDORSED**

Respectfully yours,

ALLAN M. MARCUS
Of Counsel

AMM:imr

LESTER SCHWAB KATZ & DWYER, LLP

April 8, 2008
Page 2

cc:

By Fax: (212) 939-9533
Robert J. Feldman, Esq.
375 South End Avenue, Suite 8F
New York, New York 10280
T: (646) 478-8852
Attorney for Plaintiff
994474

SO ORDERED: 4/8/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE