LSK&D #: 564-8008 / 1008577

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SERGIO PAVON,

                        Plaintiff,

      -against-

METROPOLITAN LIFE INSURANCE
COMPANY and NOVARTIS CORPORATION,

                        Defendants.
------------------------------------------------------------x

No. 08 cv 1272 (PAC)

**NOTICE OF MOTION TO DISMISS**

    PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and Declaration of Allan M. Marcus, and the exhibits thereto, Defendants Metropolitan Life Insurance Company and Novartis Corporation will move this Court before the Honorable Paul A. Crotty, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, at a date and time to be scheduled by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's state law claims with prejudice. Additionally, Defendants move to dismiss Novartis Corporation as an improper party to this action.

Dated:      New York, New York
              April 17, 2008

                                        Respectfully submitted,

                                        LESTER SCHWAB KATZ & DWYER, LLP

                                        _/s/ Allan M. Marcus_
                                        Allan M. Marcus (AM-9027)
                                        120 Broadway
                                        New York, New York 10271
                                        (212) 964-6611
                                        Attorneys for Defendants
                                        Metropolitan Life Insurance Company and
                                        Novartis Corporation

TO:

Robert J. Feldman, Esq.
375 South End Avenue, Suite 8F
New York, New York 10280
(646) 478-8852
Attorney for Plaintiff