USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 13 2008

Crotty, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SERGIO PAVON,

          Plaintiff,

v.

Metropolitan Life Insurance Co., and Novartis Corporation,

          Defendants.

Index No. 08-CV-1272 (PAC)

**SO ORDERED STIPULATION EXTENDING TIME TO RESPOND AND TO REPLY**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that the time within which Plaintiffs shall serve his responding papers to the Defendants' Motion To Dismiss and/or cross-motion to remand, upon the Defendants' attorney(s), is hereby is extended up to and including May 20, 2008. The time within which Defendants shall serve any opposition papers to the cross-motion to remand and their Reply papers on their Motion To Dismiss, upon the Plaintiff's attorney(s), is hereby extended up to and including June 13, 2008. The time within which the plaintiff shall file any Reply Papers on their Cross-Motion to Remand, is hereby extended up to and including June 24, 2008. Facsimile Signatures on this Stipulation shall be deemed by the Court to be Original signatures for purposes of filing this Stipulation.

Dated: May 8, 2008

ROBERT FELDMAN, ESQ.

By: _____
Stuart Mack (SM 3231)
Attorneys for Plaintiff
375 South End Avenue, Ste. 8F
New York, New York 10280
(917) 657-5177

LESTER, SCHWAB, KATZ AND DWYER LLP

By: _____
Allan Michael Marcus (AM 9027)
Attorneys for Defendants
120 Broadway
New York, New York 10271
(212) 964-6611

So Ordered: MAY 13 2008

_____
Hon. Paul A. Crotty, U.S.D.J.