UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK ____X

SERGIO PAVON,

          Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE CO., INC.,
And NOVARTIS CORP.,

               Defendants.         X

**PLAINTIFF'S
NOTICE OF CROSS-
MOTION TO REMAND**

Case No. 08 CV 1272(PAC)

TO:  Allan Michael Marcus
      Lester, Schwab, Katz and Dwyer LLP
      120 Broadway
      New York, NY 10271
      (212) 964-6611

**SIRS:**

      **PLEASE TAKE NOTICE** that Upon the Affirmation of ROBERT FELDMAN, Esq., as attorney for the plaintiff, SERGIO PAVON, dated May 19, 2008, and the Exhibit(s) attached thereto and accompanying Plaintiff's Memorandum of Law, dated May 19, 2008, the undersigned, attorneys for Plaintiff, SERGIO PAVON, will cross-move this Court before the Honorable Paul A Crotty, U.S.D.J. at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007 on June 24, 2008, for an Order that the Court sustains the plaintiff's state law claims, the plaintiff requests the Court to remand the plaintiff's causes of action back to state court, to wit, the Supreme Court of the State of New York, County of New York, forthwith, and plaintiff requests such other relief as is just, proper and equitable in the premises.

Dated: New York, New York
       May 19, 2008

                                    ROBERT FELDMAN, ESQ.
                                    _/s/ signature_
                                    BY: ROBERT FELDMAN ESQ. (RF-0810)
                                    Attorneys for Plaintiff
                                    375 South End Avenue, Ste. 8F
                                    New York, New York 10118
                                    (917) 657-5177

EXHIBIT "1"

AFFIDAVIT

1) I am the treating psychiatrist for Sergio Pavon.

2) In December, 2007 I did not receive any communication whatever from MetLife regarding Sergio Pavon.

3) I am informed that Sergio Pavon's LTD benefits and medical coverage under Claim Number 630404216563, Group Number 302654 were terminated on about January 11, 2008.

3) Sergio Pavon is unable to work due to his continuing mental disability.

4) I am informed that on or about January 12, 2008, Dr. Patrick Dalton increased Mr. Pavon's hypertension medication, due to the patient's increased anxiety and stress.

5) Within a reasonable degree of ~~medical~~ Psychiatric JC. certainty, I can state and am ready to testify that the JC. patient's anxiety and severe emotional distress during this period were caused by the wrongful termination of his LTD benefits and medical coverage.

Sworn to and subscribed by me this 7th day of February, 2008

_____
Dr. Jeffrey S. Corbin


_____
NOTARY PUBLIC

STUART A. NIACLE
NOTARY PUBLIC STATE OF NEW YORK
LIC NO. 02M/M989149
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES: 1/3/2010

Sergio Pavon
270 West 17th Street
Apt. #11A
New York NY 10011
Home: (646)638-2709
Business:
Home Fax:

2/6/2008 - 90805-p

I met with Sergio today. He clearly appears to be in worse condition then previously. He reports that he has been feeling this way since Jan. when his disability was questioned and eventually cancelled. His anxiety had increased and he describes panic attacks that required an increased use of Valium. Today he presents distant, with a poverty of speech, and blunted affect that were not present before. He is going to continue with his current regimen and use extra Valium if needed. Follow up in 2-3 weeks.

JEFF CORBIN, MD
148 W 24TH STREET SUITE 4A
NEW YORK, NY 10011

**PATRICK DALTON, M.D.**
INTERNAL MEDICINE
99 UNIVERSITY PLACE
3RD FLOOR
NEW YORK, NY 10003

TELEPHONE: (212) 673-1000
FAX: (212) 673-0408

2/7/08

To whom it concerns,

Sergio Pavon was seen in my office 1/18/08 & because of an elevation in his BP, I doubled his meds. I am also understand patient has been under increased stress since having his disability cancelled about 1 week prior.

Sincerely,
Pat Dalton MD