UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK     X
**SERGIO PAVON,**

     Plaintiff,

 -against-

METROPOLITAN LIFE INSURANCE CO., INC.,  Case No. 08 CV 1272(PAC)
And NOVARTIS CORP.,

     Defendants.    X


**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF CROSS- MOTION**

**AND IN OPPOSITION TO DEFENDANTS' MOTIONS**


          **Respectfully Submitted,**

          ROBERT FELDMAN, ESQ.

          */s/ Robert Feldman*

          BY: ROBERT FELDMAN ESQ. (RF-0810)
          Attorneys for Plaintiff
          375 South End Avenue, Ste. 8F
          New York, New York 10118
          (917) 657-5177

# TABLE OF AUTHORITIES

**CASES:** Page No.:

Arizona State Carpenters Pension Trust Fund v. Citibank, 125 F.3d 715 (9th Cir., 1997) ............................................................................................................................... 19
Bennett v. Southwest Airlines Co., 493 F.3d 762 (7th Cir., 2007) ............................... 21
California Division of Labor Standards Enforcement v. Dillingham Construction, N.A., Inc., 519 U.S. 316, 117 S. Ct. 832 (1997) .......................................................... 11, 14, 15
Chambers v. Time Warner, Inc., 282 F.3d 147 (2nd Cir., 2002) ..................................... 8
Chapman v. Lab One, 390 F.3d 620 (8th Cir., 2004) ................................................... 21
City of Rome v. Verizon Communications, 362 F.3d 168 (2nd Cir., 2004) .................... 21
Coleman v. Standard Life Ins. Co., 288 F. Supp. 2d 1116 (E.D.Cal. 2003) ................. 23
Cosmas v. Hassett, 886 F.2d 8 (2nd Cir., 1989) ............................................................. 8
First Nationwide Bank v. Gelt Funding Corp., 27 F.3d 763 (2nd Cir., 1994) ................. 8
Fulk v. Hartford Life Ins. Co., 839 F. Supp. 1181 (M.D.N.C., 1993) .......................... 20
Geller v. County Line Auto Sales, Inc., 86 F.3d 18 (2nd Cir., 1996) ............................ 17
Gregory v. Daly, 243 F.3d 687 (2nd Cir., 2001) ............................................................. 8
Haggerty v. Wyeth Ayerst Pharmaceuticals, D.C.N.Y.2000, 79 F. Supp. 2d 182 ......... 22
Hattem v. Schwarzenegger, 449 F.3d 423 (2nd Cir., 2006) .......................................... 16
Hines v. Davidowitz, 312 U.S. 52, 61 S. Ct. 399 (1941) ............................................. 13
Id. at 140, 111 S. Ct. 478 ............................................................................................. 14
Ingersoll-Rand Co. v. McClendon, 498 U.S. 133, 111 S. Ct. 478, 112 L. Ed. 2d 474 (1990) ........................................................................................................................ 14
Katsaros v. Cody, 744 F.2d 270 (2nd Cir. ), cert. denied, 469 U.S. 1072, 105 S. Ct. 565 (1984) ........................................................................................................................ 26
Klank v. Sears, Roebuck and Co., 735 F. Supp. 260 (N.D.Ill. 1990) ........................... 23
Lontz v. Tharp, 413 F.3d 435 (4th Cir., 2005) .............................................................. 21
McMurtry v. Wiseman, 445 F. Supp. 2d 756 (W.D.Ky, 2006) ..................................... 19
Morstein v. National Ins. Services, Inc., 93 F.3d 715 (11th Cir., 1996) ................. 15, 19
Nobile v. Pension Committee of the Pension Plan for Employees of New Rochelle Hospital, 611 F. Supp. 725 (S.D.N.Y., 1985) ........................................................... 26
Perkins v. Time Ins. Co., 898 F.2d 470 (5th Cir., 1990) ............................................... 19
Ray v. Value Behavioral Health, Inc., 967 F. Supp. 417 (D.Nev., 1997) .................... 20
Rebaldo v. Cuomo, 749 F.2d 133 (2nd Cir. ), cert. denied, 472 U.S. 1008 (05 S.Ct. 2 702') ........................................................................................................................... 16
Ritchey v. Upjohn Drug Co., 139 F.3d 1313 (9th Cir., 1998) ...................................... 23
Rosenkrans v. Wetzel, 131 F. Supp. 2d 609 (D.C.Pa., 2001) ....................................... 21
Ross v. Bernhard, 396 U.S. 531, 90 S. Ct. 733 (1970) ................................................ 27
Rothman v. Gregor, 220 F.3d 81 (2nd Cir., 2000) .......................................................... 8
Sections 502(a)(1) and 502(a)(3) of ERISA. In All Risks, Ltd. v. Equitable Life Assur. Soc. of U.S., 931 F. Supp. 409 (D.Md., 1996) .......................................................... 28
Smith v. Cohen Benefit Group, Inc., 851 F. Supp. 210 (M.D.N.C., 1993) .................. 16
United States v. Yazell, 382 U.S. 341, 86 S. Ct. 500 (1966) ....................................... 13

**Statutes & Administrative Codes**                                                                 **Page No.:**

29 U.S.C. § ............................................................................................................ 13
29 U.S.C. § 1001(b) ............................................................................................... 12
29 U.S.C. § 1132(a)(1)(B) ..................................................................................... 25
29 U.S.C. § 185 ...................................................................................................... 26

**Other**                                                                                                         **Page No.:**

Fed. R. Civ. P. ....................................................................................................... 25
Fed. R. Civ. P. 12(b)(6) ......................................................................................... 7